JAP:AEL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHNSON JEAN-JACQUES,

        Defendant.

- - - - - - - - - - - - - - - - - - - X

**12 M 453**

COMPLAINT

(T. 21, U.S.C., § 841)

EASTERN DISTRICT OF NEW YORK, SS:

    MATTHEW RAMARGE, being duly sworn, affirms and states that he is a Special Agent with the Drug Enforcement Administration (the "DEA") duly appointed according to law and acting as such.

    Upon information and belief, on or about May 7, 2012, within the Eastern District of New York, the defendant JOHNSON JEAN-JACQUES did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved five hundred grams or more of a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Section 841(a)(1))

    The source of your deponent's information and the grounds for his belief are as follows:[1/]

---

[1/] Because the purpose of this affidavit is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1

1. I am a Special Agent with the DEA and have been involved in the investigation of numerous cases involving the illegal possession with the intent to distribute a controlled substance. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the DEA investigative file; and from reports of other law enforcement officers involved in the investigation.

2. Pursuant to an ongoing investigation, on May 7, 2012, DEA officers stopped a 2007 Toyota Camry that was being operated by the defendant JOHNSON JEAN-JACQUES for driving at an excessive rate of speed.

3. After being pulled over, the defendant JOHNSON JEAN-JACQUES was asked for identification, and produced a Pennsylvania driver's license in the name of "Johnson Jean-Jacques." Upon questioning, the defendant admitted that he is the registered owner of the above-mentioned 2007 Toyota Camry.

4. DEA officers then asked the defendant JOHNSON JEAN-JACQUES for permission to search the vehicle. The defendant JOHNSON JEAN-JACQUES consented to the search. DEA officers then searched the 2007 Toyota Camry and recovered a white plastic bag containing a white, powdery substance, hidden in the rear, left-hand side of the trunk. The substance recovered weighed approximately 1,110 grams and field tested positive for cocaine.

5. The defendant, JOHNSON JEAN-JACQUES, was advised of and waived his <u>Miranda</u> rights, and stated in substance and in part that he picked up a "brick" from a guy in Boston. The defendant further stated that he paid $17,000 for the brick, and that he was going to bring it to another individual's house in order to "cook" a portion of it. The defendant admitted that he intended to take the cocaine and crack-cocaine Pennsylvania to sell.

WHEREFORE, your affiant respectfully requests that a warrant for the defendant JOHNSON JEAN-JACQUES issue so that he may be dealt with according to law.

*M. Ramarge*
MATTHEW RAMARGE, Special Agent
Drug Enforcement Administration

Sworn to before me this
8th day of May, 2012

S/Bloom

UNIT                    JUDGE
EAST                    YORK

3